# DOCUMENTS TO BE SEALED

<u>PLAINTIFF</u>

-v-

<u>DEFENDANT</u>

<u>DOCKET NUMBER:</u> 23 CV 10172

<u>DATE FILED:</u> NOV 2 0 2023

<u>SIGNED BY:</u> JUDGE CROTTY

<u>DATE SIGNED:</u> NOV 1 7 2023

23 mc 440

<u>TO BE FILED UNDER SEAL:</u>

____ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

____ OTHER DOCUMENTS/EXHIBITS