UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH,<br><br>                    Plaintiff,<br><br>     -against-<br><br>UP TOWN SPORT INC., et al.,<br><br>                    Defendants. | 23-CV-10172 (LAK) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an ex parte communication from Defendant Jenny Sprizzo, attached as Exhibit A to this Order. Defendant Jenny Sprizzo, who is proceeding pro se, is reminded that all letters must be filed on the docket.

The Court, through the Pro Se Intake Unit, can provide a pro se litigant with an information package that includes copies of all orders entered to date, instructions for litigants who do not have attorneys, and information regarding the New York Legal Assistance Group Clinic for Pro Se Litigants (which may be able to help the Defendant file a letter request for an extension to answer the complaint if necessary). By copy of this Order, I am respectfully directing the Clerk of the Court to send a pro se information package to Defendant Jenny Sprizzo.

While individuals may proceed pro se, companies are required to retain counsel. *Williams, Scott & Assocs., LLC v. United States of America*, No. 19-CV-837 (CM), 2019 WL 2867017, at *6 (S.D.N.Y. July 3, 2019) ("A person who is not an attorney may only represent himself in a *pro se* action; he may not represent another entity."). Defendant Up

Town Sport Inc.'s failure to retain counsel could result in a report and recommendation to Judge Kaplan that a default judgment as to liability be entered against it.

I am scheduling a telephone conference for **Wednesday, January 24, 2024, at 2:00 PM**. The parties must be prepared to address the issue of settlement. The parties are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code 203 206 093#.**

If the parties are not available at this date and time, please jointly confer **by January 22, 2024** and email three alternative dates and times of availability for the week of January 22, 2024 to [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov).

DATED: January 19, 2024
New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge