UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH, <br><br> Plaintiff, <br><br> -against- <br><br> UP TOWN SPORT INC., et al., <br><br> Defendants. | 23-CV-10172 (LAK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 19, 2024, I issued an Order scheduling a telephone conference with the parties. (ECF 20.) The January 19, 2024 Order was not mailed to Defendant Sprizzo. Accordingly, I am adjourning the telephone conference scheduled for January 24, 2024 to **Wednesday, January 31, 2024, at 11:00 AM**. The parties must be prepared to address the issue of settlement. The parties are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code 203 206 093#.**

If the parties are not available at this date and time, please jointly confer **by January 29, 2024** and email three alternative dates and times of availability for the week of January 29, 2024 to TarnofskyNYSDChambers@nysd.uscourts.gov.

Copies mailed by chambers.

DATED:  January 24, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge