UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Head Sport GmbH,<br><br>                    Plaintiff,<br><br> -against-<br><br>Up Town Sport Inc., et al.,<br><br>                    Defendants. | 23-CV-10172 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an ex parte communication from Defendant Sprizzo dated January 17, 2024 ("Sprizzo Letter"), which was subsequently filed on the docket. On January 25, 2024, Plaintiff filed a letter motion seeking to seal the Sprizzo Letter and its attachments. (*See* ECF 24.) In accordance with my Individual Rules of Practice, Plaintiff re-filed redacted versions of the Sprizzo Letter and its attachments on the docket. (*See* ECF Nos. 25, 27.)

      After reviewing Plaintiff's letter motion and proposed redactions (ECF Nos. 24, 26, 28), Plaintiff's application is GRANTED. ECF Nos. 20-1, 21, 26 and 28 shall remain sealed.

DATED:  January 29, 2024
             New York, New York

                                                                      SO ORDERED.

                                                                       **ROBYN F. TARNOFSKY**
                                                                       United States Magistrate Judge