UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Head Sport GmbH,<br><br>    Plaintiff,<br><br> -against-<br><br>Up Town Sport Inc., et al.,<br><br>    Defendants. | 23-CV-10172 (LAK) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The Court received an ex parte communication from Defendant Sprizzo dated January 29, 2024, attached as Exhibits A -C to this Order. Defendant Sprizzo is instructed to file all letters on the public docket.

  For the reasons explained in this Court's prior Orders (ECF Nos. 29, 32), the Clerk of the Court is respectfully directed to seal the document attached as Exhibit C to this Order. Access is restricted to attorneys appearing for the parties and court personnel.

DATED: January 30, 2024
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge