UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEAD SPORT GMBH,

                Plaintiff,

-v-

                CIVIL ACTION NO. 23-CV-10172 (LAK) (RFT)

**ORDER**

UP TOWN SPORT INC., et al.,

                Defendants.

Defendant Jenny Sprizzo did not appear at the telephone conference set for 11:00 am today, January 31, 2024, because she had an incorrect access code. She subsequently sent my chambers an ex parte email saying that she had been unable to enter the conference. I will post that communication on the docket. She is reminded that parties may not contact my chambers by email without copying counsel for Plaintiff on the email. **The telephone conference is rescheduled for 9:00 am on Friday, February 2, 2024.** Please dial (646) 453-4442, Access Code: 483 116 981, and then press pound (#).

Dated: January 31, 2024
      New York, New York

               SO ORDERED.

                _____
                **ROBYN F. TARNOFSKY**
                **United States Magistrate Judge**

| | |
|---|---|
| **From:** | jenny sprizzo |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | RE: 1/31/2024 Telephone Conference Details. 23-cv-10172-LAK-RFT Head Sport GmbH v. Up Town Sport Inc. et al |
| **Date:** | Wednesday, January 31, 2024 11:42:28 AM |

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky:

I'm sorry need replay email to you here again!

Following your instructions below, I called (646) 453-4442 at 11am and entered the following: 784 551 186. The telecom notification told me to wait for the leader's decision. Then after waiting for 30 minutes, the telecom notification said that the waiting time had passed and the leader If you don't click me to join the call, I need another channel to communicate with you - please see the attachment. . .
Please let me know what to do next? !

**B/RGDS!
Jenny Sprizzo
Call:917-660-6273**

**From:** Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Sent:** Monday, January 29, 2024 4:31 PM
**To:** jenny sprizzo <jenny@uptownsportinc.com>
**Cc:** jlower@gibbonslaw.com; wdeni@gibbonslaw.com; lisa.london@finnegan.com; Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Subject:** 1/31/2024 Telephone Conference Details. 23-cv-10172-LAK-RFT Head Sport GmbH v. Up Town Sport Inc. et al

Good afternoon,

The Court is in receipt of your January 29, 2024 email and attachments thereto. Please do not reply to this email.

The Court will file this correspondence and your January 29, 2024 email on the public docket. As a reminder, all letters must be filed on the docket. Do not email or send letters to Chambers unless otherwise directed to do so by the Court. If you must email the Court for scheduling purposes, you are required to include counsel for Plaintiff (copied here). Please refer to my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**There is a telephone conference on Wednesday, January 31, 2024 at 11 AM. You are ordered to attend the conference remotely. Please dial (646) 453-4442**. **When prompted for the access code please input the following: 784 551 186, and then press the pound (#) key.**

Thank you.