UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH,<br><br>                         Plaintiff,<br><br>  -against-<br><br>UP TOWN SPORT INC., et al.,<br><br>                      Defendants. | 23-CV-10172 (LAK)(RFT)<br><br>**ORDER SCHEDULING**<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 6, 2024, Plaintiff filed a letter on the docket seeking certain information from Defendants in advance of a settlement conference. (*See* ECF 38.) Attached as Exhibit A to this Order is an ex parte communication I received from Defendant Sprizzo on February 13, 2024, identifying certain information Defendant Sprizzo seeks from Plaintiff in advance of a settlement conference. On February 13, 2024, I held a pre-settlement conference. During the conference the parties agreed to exchange information responsive to each other's requests.

After reviewing the information Defendant Sprizzo provides, Plaintiff is ORDERED to submit a letter to the Court on February 22, 2024, identifying any additional information it seeks in advance of a settlement conference. A pre-settlement conference is scheduled for February 23, 2024 at 11 a.m. Please dial **646-453-4442**; Access Code **715 904 022 #**.

DATED:  February 13, 2024
            New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge