UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Head Sport GmbH,<br><br>                Plaintiff,<br><br>-against-<br><br>Up Town Sport Inc., et al.,<br><br>                Defendants. | 23-CV-10172 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       By Order of Reference dated December 13, 2023 (ECF 15), Judge Lewis A. Kaplan referred this case to Magistrate Judge Robert W. Lehrburger for settlement. On December 14, 2023, that referral was reassigned to me.

       A settlement conference is scheduled for **Monday, March 18, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by **March 8, 2024** to propose three alternative dates for a settlement conference during the week of 3/18/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, March 12, 2024, at 5:00 p.m**.

       Corporate parties must send the person with decision-making authority to settle the matter to the conference.

       If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 4, 2024　　　　　　　　　　　　SO ORDERED.
　　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge