UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Head Sport GmbH,<br><br>    Plaintiff,<br><br> -against-<br><br>Up Town Sport Inc.,<br><br>    Defendant. | 23-CV-10172  (LAK)(RFT)<br><br>**PRE-SETTLEMENT<br>TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 A telephone conference will be held on **Thursday, March 14, 2024, at 12:30 PM** in advance of a settlement conference. The pro se defendant, Jenny Sprizzo, will be sent the dial-in prior to the scheduled conference date.

DATED: March 13, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge