UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH,<br><br>                Plaintiff,<br><br>-against-<br><br>UP TOWN SPORT INC., ET AL.,<br><br>                Defendants. | 23-CV-10172 (LAK)(RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Tuesday, April 9, 2024, at 12:30 PM**, at which time the parties will be directed to advise the Court as to the status of this matter. Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 249 420 603#.**

      If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 24 hours of this order.

DATED:  April 3, 2024
              New York, NY

                                                        SO ORDERED.

                                                        ROBYN F. TARNOFSKY
                                                        United States Magistrate Judge