UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH,<br><br>                         Plaintiff,<br><br>  -against-<br><br>UP TOWN SPORT INC.,<br><br>                        Defendant. | 23-CV-10172 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A status conference was to be held on Monday, April 09, 2024. Defendant Jenny Sprizzo did not appear at the telephone conference today because she was not emailed the conference details.

      The Status Conference is now rescheduled to **Friday, April 19, 2024, at 2:00 PM**, at which time the parties will be directed to advise the Court as to the status of this matter. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. Please dial (646) 453-4442, Access Code: 582 858 44#.

      If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 24 hours of this order.

DATED:  April 10, 2024
           New York, NY

                                                        SO ORDERED.

                                                        **ROBYN F. TARNOFSKY**
                                                        United States Magistrate Judge