UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEAD SPORT GMBH,<br><br>                      Plaintiff,<br><br>  -against-<br><br>UP TOWN SPORT INC., et al.,<br><br>                      Defendants. | 23-CV-10172 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff timely served Defendants Up Town Sport Inc. ("Up Town") and Jenny Sprizzo ("Sprizzo") with the summons and complaint in this case on December 5, 2023 and December 11, 2023, respectively. (*See* ECF 12, 16.) Up Town's response to the complaint was due on December 26, 2024, and Sprizzo's response was due on January 2, 2024. The parties engaged in settlement talks under my supervision, but neither Defendant has formally appeared in this action or responded to the complaint. Because Up Town Sport is not a natural person, it is not permitted to litigate pro se.

      Accordingly, Up Town has until May 19, 2024, to locate counsel to defend it in this action. If no counsel files a notice of appearance on behalf of Up Town by 5:00 p.m. on May 19, 2024, I expect to issue an order pursuant to Federal Rule of Civil Procedure 55 instructing Plaintiff to seek a default judgment against Up Town for failure to defend this action. Likewise, if Sprizzo fails to respond to the complaint by 5:00 p.m. on May 19, 2024, I expect to issue an order instructing Plaintiff to seek a default judgment against her for failure to defend this

action. At a conference held on Friday, April 19, 2024, I explained my expectations and plans to the parties.

DATED:  April 22, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge