<u>May.20.2024</u>

<u>From JENNY SPRIZZO's Desk</u>

Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Courtroom 9B
New York, New York 10007

Re: Head Sport GmbH v. Up Town Sport, Inc.
<u>Case No. 23-cv-10172 (LAK) (RFT</u>

**<u>ANSWER</u>**

Dear Judge Robyn F. Tarnofsky:

I, and only on my own behalf, would like to plead here again - since the business operations of Up Town Sport Inc. have in fact ceased at the end of 2022 (as detailed in my first reply on January 17, 2024), as Free person - I have no obligation to bear any legal responsibility for the company as a legal person. Please tell me clearly!

Honest!

Jenny Sprizzo
38 Prospect Ave,
East Rockaway, NY 11518
jenny@uptownsportinc.com
1-917-660-6273