UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Head Sport GmbH,<br><br>                            Plaintiff,<br><br>  -against-<br><br>Up Town Sport Inc., et al.,<br><br>                            Defendants. | 23-CV-10172 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from Defendant Jenny Sprizzo, which is attached as Exhibit A to this Order. Defendant, who is proceeding as pro se, is reminded that all communications with the Court must be filed on the docket, even if opposing counsel are copied on the message.

DATED:  May 24, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

**EXHIBIT A**

| | |
|---|---|
| From: | jenny sprizzo |
| To: | Tarnofsky NYSD Chambers |
| Cc: | jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan.com |
| Subject: | RE: Information on Filing Documents. 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al |
| Date: | Tuesday, May 21, 2024 4:23:16 PM |
| Attachments: | image002.png<br>image003.png |

**CAUTION - EXTERNAL**

Dear Ms. Huang:

Finally, just got confirmed as below—
So, Do I need upload all passing documents?!

B/RGDS!
Jenny Sprizzo
Call:917-660-6273

### Acknowledgment of Receipt

Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
To: jenny sprizzo

Tue 5/21/2024 4:17 PM

### IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York. (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below). If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;
- Documents must be signed by the filing party by either
    - (a) signing by hand and then scanning the document;
    - (b) signing electronically using a digital signature; or
    - (c) by typing: "/s/Filer's Name" on the signature block;
- Fee requirements and instructions:
    - Please note that your complaint will not be reviewed until the court receives payment of the filing fees.
    - Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: Cashiers Room 260, 500 Pearl Street, New York, NY 10007.
    - Your payment must include the docket number, which you can learn by calling (212) 805-0175.
    - If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.
    - If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an application to proceed in forma pauperis.

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;
- The email and attached document must contain the docket number, filer's name, address, and telephone number;

From: Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
Sent: Tuesday, May 21, 2024 3:23 PM
To: jenny sprizzo <jenny@uptownsportinc com>
Cc: jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan com
Subject: RE: Information on Filing Documents. 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al

Ms. Sprizzo,

It appears from your email that you may not have included the underscore character ( _ ) in the email address and added a period after gov, which should be removed.

Please e-mail the documents to: Temporary_Pro_Se_Filing@nysd.uscourts.gov

Thank you.

**Anne Zeng-Huang**
Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: Anne_Huang@nysd.uscourts.gov
Telephone: 212-805-3840

**From:** jenny sprizzo <jenny@uptownsportinc.com>
**Sent:** Tuesday, May 21, 2024 9:24 AM
**To:** Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Cc:** jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan.com
**Subject:** RE: Information on Filing Documents. 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al

**CAUTION - EXTERNAL**

Dear Ms. Huang:
Please review below it's showing failed filing!
I will try to mail out today!
B/RGDS!
Jenny Sprizzo
1-917-660-6273

> **Undeliverable: Pro Se Filing – 23-CV-10172**
> Microsoft Outlook
> Sent  Tue 5/21/2024 8:56 AM
> To    jenny sprizzo
>
> **Delivery has failed to these recipients or groups:**
>
> Temporary_Pro_Se_Filing@nysd.uscourts.gov.
> The format of the email address isn't correct. A correct address looks like this: someone@example.com. Please check the recipient's email address and try to resend the message.
>
> **Diagnostic information for administrators:**
>
> Generating server: PH8PR14MB6088.namprd14.prod.outlook.com
>
> Temporary_Pro_Se_Filing@nysd.uscourts.gov.
> Remote server returned '550 5.1.3 STOREDRV.Submit; invalid recipient address'
>
> Original message headers:
>
> ```
> Received: from PH8PR14MB6088.namprd14.prod.outlook.com
>  ([fe80::c6d4:2901:636c:3152]) by PH8PR14MB6088.namprd14.prod.outlook.com
>  ([fe80::c6d4:2901:636c:3152%5]) with mapi id 15.20.7587.030; Tue, 21 May 2024
>  12:56:12 +0000
> Content-Type: application/ms-tnef; name="winmail.dat"
> Content-Transfer-Encoding: binary
> From: jenny sprizzo <jenny@uptownsportinc.com>
> To: "Temporary_Pro_Se_Filing@nysd.uscourts.gov."
>         <Temporary_Pro_Se_Filing@nysd.uscourts.gov.>
> Subject: =?Windows-1252?Q?Pro_Se_Filing_=96_23-CV-10172_?=
> Thread-Topic: =?Windows-1252?Q?Pro_Se_Filing_=96_23-CV-10172_?=
> Thread-Index: AdqreL9mt/UdyHZxT9qh2yHGNAaTCw==
> Date: Tue, 21 May 2024 12:56:12 +0000
> Message-ID: <PH8PR14MB6088F474C8AA230786745D07CAEA2@PH8PR14MB6088.namprd14.prod.outlook.com>
> Accept-Language: en-US
> Content-Language: en-US
> X-MS-Has-Attach: yes
> ```

**From:** Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Sent:** Monday, May 20, 2024 2:15 PM
**To:** jenny sprizzo <jenny@uptownsportinc.com>
**Cc:** jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan.com
**Subject:** Information on Filing Documents. 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al

Good afternoon Ms. Sprizzo,

Please see attached for instructions you may have already received in the Information Packet for Pro Se Litigants. This attachment explains how to file a document with the Court. For additional questions, please call the Pro Se Intake Office at (212) 805-0175. If you are not able to file on the docket per the instructions, then please print out and mail a physical copy to the Pro Se Intake Office, Room 205 at 500 Pearl Street, New York, NY 10007.

Counsel for Plaintiff is copied.

Thank you.

**Anne Zeng-Huang**
Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street

New York, NY 10007
Email: Anne_Huang@nysd.uscourts.gov
Telephone: 212-805-3840

---

**From:** jenny sprizzo <jenny@uptownsportinc.com>
**Sent:** Monday, May 20, 2024 9:06 AM
**To:** Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Cc:** jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan.com
**Subject:** RE: 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al

**CAUTION - EXTERNAL**

Dear Judge, Tarnofsky:
Please review the attached for my answer and Thanks a lor for your time!

B/RGDS!
Jenny Sprizzo
Calls: (917)-660-6273

---

**From:** Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov>
**Sent:** Monday, April 22, 2024 2:51 PM
**To:** jenny sprizzo <jenny@uptownsportinc.com>
**Cc:** jlower@gibbonslaw.com; wdeni@gibbonslaw.com; danny.awdeh@finnegan.com; lisa.london@finnegan.com
**Subject:** 23cv10172 Head Sport GmbH v. Up Town Sport Inc. et al

Good afternoon,

Defendant, Jenny Sprizzo, please review the attached document. Judge Tarnofsky's order will also be sent out to you by mail today.

Thank you.

**Anne Zeng-Huang**
Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: Anne_Huang@nysd.uscourts.gov
Telephone: 212-805-3840

**CAUTION - EXTERNAL EMAIL**   This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL**   This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL**   This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.