

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

June 10, 2024

**VIA ECF**

Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Courtroom 9B
New York, New York 10007

      Re: *Head Sport GmbH v. Up Town Sport, Inc. and Jenny Sprizzo*
           Case No. 23-cv-10172 (LAK) (RFT)

Dear Judge Tarnofsky:

    This firm, along with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represents Plaintiff Head Sport GmbH ("Head") in the above-referenced action. We write to respectfully request a two-week adjournment of the initial conference currently scheduled for June 14, 2024, as well a two-week extension of the deadline for submitting the proposed case management plan, in order to provide Head with additional time to confer with Jenny Sprizzo, who is proceeding pro se. This is the first request for an extension of these deadlines.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              s/ William P. Deni, Jr.
                              William P. Deni, Jr.

cc: All counsel of record (via ECF)
     Jenny Sprizzo (via First-Class mail and email)

---

Application GRANTED. The proposed case management order is due on June 24, 2024. The initial case management conference is rescheduled to July 1, 2024. The parties shall dial **+1 646-453-4442**; Access Code:**646 089 539#** at the scheduled time.

No further extensions of these deadline will be granted absent very good cause shown.

The Clerk of Court is respectfully directed to terminate ECF 64.

DATED: June 11, 2024
         New York, New York

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE