

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

June 24, 2024

**VIA ECF**

Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Courtroom 9B
New York, New York 10007

> Application DENIED. The parties can discuss the case management plan under my supervision at the initial case management conference, which will be held telephonically as scheduled on July 1, 2024.
>
> DATED: June 25, 2024
>         New York, New York
>
> SO ORDERED
> /s/ Robyn Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re: *Head Sport GmbH v. Up Town Sport, Inc. and Jenny Sprizzo*
    Case No. 23-cv-10172 (LAK) (RFT)

Dear Judge Tarnofsky:

This firm, along with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represents Plaintiff Head Sport GmbH in the above-referenced action. We write to respectfully request a one-week adjournment of the initial conference currently scheduled for July 1, 2024, as well a one-week extension of the June 24, 2024 deadline for submitting the proposed case management plan. This extension is requested because defendant Jenny Sprizzo has informed us that she is out of town on a family trip and will not be returning until around June 28, 2024. This is the parties' second request for an adjournment of the initial conference and extension of the deadline to submit the proposed case management plan.

We thank the Court for its consideration of this request.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc: All counsel of record (via ECF)
    Jenny Sprizzo (via First-Class mail and email)